UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00707-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO INFORM THE COURT WHETHER ENTRY OF DEFAULT SHOULD BE IMPOSED AS TO DEFENDANTS BRUTON AND CISNEROS<br><br>(ECF No. 12) |

　　　　Plaintiff Travis Justin Cuellar is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 21, 2020, the Court directed the United States Marshal to serve Bruton and Cisneros. (ECF No. 10.)

　　　　Rule 12 of the Federal Rules of Civil Procedure provides, "[A] defendant must serve an answer within 21 days after being served with the summons and complaint; or if it has timely waived service under Rule 4(d), within 60 days after the request for a waiver was sent." Fed. R. Civ. P. 12(a) (1)(A). Under Rule 4(d), a defendant may waive service of a summons by signing and returning a waiver of service. Fed. R. Civ. P. 4(d). If a defendant fails to plead or otherwise defend an action after being properly served with a summons and complaint, a default judgment may be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

1

1 Here, on November 5, 2020, the Court received two USM–285 forms from the Marshal indicating that personal service was effected upon Defendants Bruton and Cisneros which gave the two Defendants twenty-one days, i.e. November 25, 2020, in which to file a response to the complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). (ECF No. 12.)  To date, neither Defendant Bruton or Cisneros has filed a response to the complaint and the time to do so has passed.  (Id.)

Accordingly, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, Plaintiff shall inform the Court whether entry of default should be imposed against Defendants Bruton and Cisneros.

IT IS SO ORDERED.

Dated:   **December 1, 2020**

UNITED STATES MAGISTRATE JUDGE