# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00707-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 26) |

Plaintiff Travis Justin Cuellar is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to modify the scheduling order, filed August 11, 2021.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion-related motion for summary judgment is extended to **August 26, 2021**.

IT IS SO ORDERED.

Dated:  **August 12, 2021**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1